# United States Bankruptcy Court
## Southern District of Georgia

In re: __Jillian W. Andrews__
Debtor(s)

Case No. _____
Chapter __7__

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1  __Jillian W. Andrews__

   Employer  __Wilkes County BOE__

   Dates of Pay Advices:  From __October 1, 2020__  To __November 30, 2020__

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ The Debtor 1 was not employed.

   ☐ The Debtor 1's source of income was from Social Security.

   ☐ The Debtor 1 was self-employed.

2. Debtor 2 (Spouse)  _____

   Employer  _____

   Dates of Pay Advices:  From _____  To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ Debtor 2 was not employed.

   ☐ Debtor 2's source of income was from Social Security.

   ☐ Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

_/s/ [signature]_   December 29, 2020
Signature of Attorney for Debtor(s)  Date

_/s/ Andrews_   December 29, 2020
Signature of Debtor 1  Date

Joseph E. Spires 672271
Name of Attorney

_____
Signature of Debtor 2 (if applicable)  Date

**Jillian Andrews**

500158
809 BERKSHIRE DRIVE
WASHINGTON, GA 30673

## Check Information

Check Date: 10/30/2020
Pay Period Ending: 10/16/2020
Check Number: 515
Note:



## Earnings

| Category | Current | Ytd | Hrs | Rate |
|---|---|---|---|---|
| DOCK | $0.00 | ($173.22) | 0.00 | $0.00 |
| REG | $5,485.33 | $54,853.30 | 0.00 | $0.00 |
| Total Earnings | $5,485.33 | $54,680.08 | 0.00 | |

## Net Pay

| Category | Current | Ytd |
|---|---|---|
| Gross Pay | $5,485.33 | $54,680.08 |
| Total Deductions - Mandatory | ($633.21) | ($7,004.91) |
| Total Deductions - Other | ($1,220.85) | ($11,873.07) |
| Net Pay | $3,631.27 | $35,802.10 |

## Exemptions

| Category | Value | Under 17 | Other |
|---|---|---|---|
| State | 0 | $0.00 | $0.00 |
| Federal | EXEMPT | $0.00 | $0.00 |
| Married/Single | M | $0.00 | $0.00 |

## Deductions - Mandatory

| Category | Current | Ytd |
|---|---|---|
| FICA | $305.35 | $3,042.76 |
| Federal | $50.00 | $1,094.76 |
| State | $206.45 | $2,155.80 |
| Medicare | $71.41 | $711.59 |
| Total Deductions - Mandatory | $633.21 | $7,004.91 |

## Bank Accounts

| Category | Account | Amount |
|---|---|---|
| 061112830 | ****5647 | $3,631.27 |
| Total Earnings | | $3,631.27 |

## Deductions - Other

| Category | Current | Ytd |
|---|---|---|
| AFLC | $16.51 | $165.10 |
| BLFE | $0.00 | $0.00 |
| DISS | $59.40 | $594.00 |
| HMAU | $88.68 | $1,108.51 |
| LSW | $85.00 | $850.00 |
| PAGE | $14.58 | $145.80 |
| ZSHBP | $0.00 | $3,711.12 |
| SN | $60.75 | $60.75 |
| TLTC | $22.92 | $229.20 |
| TRS | $329.12 | $3,280.81 |

## Leave Balances

| Description | Balance | Taken |
|---|---|---|
| SICK | 12.00 | 9.00 |
| PERSONAL | 2.50 | 1.50 |
| COVID | 10.00 | 0.00 |

| | | |
|---|---:|---:|
| VBA | $80.00 | $800.00 |
| SHBPCN | $463.89 | $927.78 |
| Total Deductions - Other | $1,220.85 | $11,873.07 |

**Jillian Andrews**

500158
809 BERKSHIRE DRIVE
WASHINGTON, GA 30673

## Check Information

Check Date: 11/30/2020
Pay Period Ending: 11/06/2020
Check Number: 778
Note:



## Earnings

| Category | Current | Ytd | Hrs | Rate |
|---|---|---|---|---|
| DOCK | $0.00 | ($173.22) | 0.00 | $0.00 |
| REG | $5,485.33 | $60,338.63 | 0.00 | $0.00 |
| Total Earnings | $5,485.33 | $60,165.41 | 0.00 | |

## Net Pay

| Category | Current | Ytd |
|---|---|---|
| Gross Pay | $5,485.33 | $60,165.41 |
| Total Deductions - Mandatory | ($633.21) | ($7,638.12) |
| Total Deductions - Other | ($1,366.51) | ($13,239.58) |
| Net Pay | $3,485.61 | $39,287.71 |

## Exemptions

| Category | Value | Under 17 | Other |
|---|---|---|---|
| State | 0 | $0.00 | $0.00 |
| Federal | EXEMPT | $0.00 | $0.00 |
| Married/Single | M | $0.00 | $0.00 |

## Deductions - Mandatory

| Category | Current | Ytd |
|---|---|---|
| FICA | $305.35 | $3,348.11 |
| Federal | $50.00 | $1,144.76 |
| State | $206.45 | $2,362.25 |
| Medicare | $71.41 | $783.00 |
| Total Deductions - Mandatory | $633.21 | $7,638.12 |

## Bank Accounts

| Category | Account | Amount |
|---|---|---|
| 061112830 | ****5647 | $3,485.61 |
| Total Earnings | | $3,485.61 |

## Deductions - Other

| Category | Current | Ytd |
|---|---|---|
| AFLC | $16.51 | $181.61 |
| BLFE | $0.00 | $0.00 |
| DISS | $59.40 | $653.40 |
| HMAU | $253.09 | $1,361.60 |
| LSW | $85.00 | $935.00 |
| PAGE | $14.58 | $160.38 |
| ZSHBP | $0.00 | $3,711.12 |
| SN | $42.00 | $102.75 |
| TLTC | $22.92 | $252.12 |
| TRS | $329.12 | $3,609.93 |

## Leave Balances

| Description | Balance | Taken |
|---|---|---|
| SICK | 12.00 | 9.00 |
| PERSONAL | 2.50 | 1.50 |
| COVID | 10.00 | 0.00 |

| | | |
|---|---:|---:|
| VBA | $80.00 | $880.00 |
| SHBPCN | $463.89 | $1,391.67 |
| Total Deductions - Other | $1,366.51 | $13,239.58 |